```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| ROBERT MAYORGA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action |
| § | No. C-06-443 |
| CITY OF CORPUS CHRISTI, et al., § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court held a telephone conference in the above-styled action. At the conference, per the agreement of all parties, the Plaintiff dismissed all federal causes of action brought against the Defendants. As all federal causes of action have been dismissed from the case, this Court does not have jurisdiction over the above-styled action. See 28 U.S.C. § 1331. Accordingly, the Court hereby REMANDS this case pursuant to 28 U.S.C. § 1447(c) to County Court at Law No. 4 of Nueces County, Texas, where it was originally filed and assigned Cause Number 06-62054-4.

SIGNED and ENTERED this 6th day of November, 2006.

_____
Janis Graham Jack
United States District Judge